RECEIVED
SEP 24 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JASON LAKET BETHUNE

Plaintiff(s),

vs.

Facebook inc. ALL
Mark Zuckerberg ALL
1 Hacker Way, Menlo Park, CA
94025

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

Case No. 21-cv-2118 (NEB/HB)
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES [X]   NO [ ]

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    Name: Jason L. Bethune
    Street Address: 6725 Ashwood Rd Apt 307
    County, City: Washington, Woodbury
    State & Zip Code: MN (55125)
    Telephone Number: 504·401·8035

SCANNED
SEP 27 2021
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name: Mark Zuckerberg

      Street Address: 1 Hacker Way, Menlo Park, CA 94025

      County, City:

      State & Zip Code:

   b. Defendant No. 2

      Name: Facebook Inc.

      Street Address: 1 Hacker Way, Menlo Park 94025

      County, City:

      State & Zip Code:

   c. Defendant No. 3

      Name:

      Street Address:

      County, City:

      State & Zip Code:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [X] Federal Question        [X] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    *1st Amendment*
    *18 US code 249*
    *18 US code 242*
    *US code 371*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                       State of Citizenship:

    Defendant No. 1:                      State of Citizenship:

    Defendant No. 2:                      State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [ ] Defendant(s) reside in Minnesota    [X] Facts alleged below primarily occurred in Minnesota
    [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

date of Incident 9.23.2021

7. Facebook page Shutdown For Freedom of speech

1st Amendment violation
18 US code § 249
18 US code § 242
18 US code § 371

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

damages   222,000,000,000 USD

Signed this 24 day of September

Signature of Plaintiff _Jason Jewett Bellm_

Mailing Address 6725 Ashwood Rd Apt 307
Woodbury, MN (55125)

Telephone Number 504.401.8035

<u>Note</u>: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.